DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**J.M.,** the Mother,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES** and
**GUARDIAN AD LITEM,**
Appellees.

No. 4D23-1039

[August 7, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jose Izquierdo, Judge; L.T. Case No. 06-2022-2365DP.

Antony P. Ryan, Regional Counsel, and Paul O'Neil, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, Fourth District, West Palm Beach, for appellant.

Carolyn Schwarz of Children's Legal Services, Fort Lauderdale, for appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Krystle Celine Cacci, Senior Attorney, Appellate Division, Statewide Guardian Ad Litem Office, Tallahassee, for appellee Guardian Ad Litem.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***